SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile:  (415) 436-7234
tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0560 JSW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | 18 U.S.C. §3161(h)(8)(A) & (B) |
| VALERIAN DOBRE, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

With the agreement of the parties in open court on August 31, 2007, the Court enters this order excluding time under the Speedy Trial Act from August 31, 2007, to October 11, 2007, the next hearing date. The parties agree, and the Court finds and holds, as follows:

1. Mr. Dobre has been charged in a thirteen count indictment for Conspiracy, Bank Fraud, Effecting Transactions with an Access Device and Aiding and Abetting, all in violation of 18 U.S.C. § 371, 18 U.S.C. § 1344, 18 U.S.C. § 1029(a)(5) and 18 U.S.C. § 2.

2. On August 31, 2007 a Detention Hearing was conducted before the Honorable Judge Spero. Pursuant to 18 U.S.C. § 3152 (e), Judge Spero ordered the defendant to be detained because there is no condition or combination of conditions that will reasonably assure the appearance of the

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW

defendant. Judge Spero ordered the defendant detained based on the following reasons:

    (I)    The defendant has no ties to the United States;
    (ii)   The defendant refused to provide Pre Trial Services with his home address and he refused to give detailed financial information;
    (iii)  There was an ICE hold and the defendant's Business Visa has expired;
    (iv)  The defendant was arrested with multiple fraudulent access devices and a large amount of cash in his possession, and
    (v)   The defendant lied to ICE Agents on multiple occasions regarding his occupation upon entry into the United States.

3. As the Government advised the Court, the continuance is necessary for effective preparation of counsel, because the government will be providing discovery and the parties may be negotiating a settlement. Therefore, the continuance is necessary to review the evidence and evaluate the case. In addition, defense counsel travels from Los Angeles to San Francisco for court appearances.

4. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from July 31, 2007, to September 11, 2007, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

5. Accordingly, the Court sets a new hearing date on October 11, 2007, and orders that the period from August 31, 2007, to October 11, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED: August 31, 2007                        _____/s/_____
                                                     TAMARA WEBER
                                                     Special Assistant United States Attorney

DATED: August 31, 2007                        _____/s/_____
                                                     J.T. Fox
                                                     Attorney for Defendant Valerian Dobre

1  **IT IS SO ORDERED**.  The parties shall appear on October 11, 2007 at 2:30 p.m.  The time from
2  August 31, 2007  to October 11, 2007 shall be excluded from Speedy Trial Act calculations under
3  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest
4  of the public and the Defendant in a speedy trial.

DATED:_____                    _____
                                                  THE HON. JOSEPH C. SPERO
                                                  United States Magistrate Judge

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW                                     3