SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6838
Facsimile:  (415) 436-7234
tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0560 JSW |
| Plaintiff, ) | DETENTION ORDER |
| ) | 18 U.S.C. §3142 (e) |
| v. ) | |
| VALERIAN DOBRE, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

The Court finds and holds, as follows:

1. Mr. Dobre has been charged in a thirteen count indictment for Conspiracy, Bank Fraud, Effecting Transactions with an Access Device and Aiding and Abetting, all in violation of 18 U.S.C. § 371, 18 U.S.C. § 1344, 18 U.S.C. § 1029(a)(5) and 18 U.S.C. § 2.

2. On August 31, 2007 a Detention Hearing was held and the defendant was ordered detained before trial for the following reasons:

    (i)    The defendant has no ties to the United States;
    (ii)   The defendant refused to provide Pre Trial Services with his home address and he refused to give detailed financial information;
    (iii)  There was an ICE hold and the defendant's Business Visa has expired;

DETENTION ORDER
CR 07-0560 JSW

    (iv)    The defendant was arrested with multiple fraudulent access devices and a large amount of cash in his possession, and

    (v)    The defendant lied to ICE Agents on multiple occasions regarding his occupation upon entry into the United States.

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. § 3142 (e), the defendant is ordered to be detained because there is no condition or combination of conditions which will reasonably assure the appearance of the defendant based on the reasons stated in paragraph Two above.

DATED:_____        _____
                                                          THE HON. JOSEPH C. SPERO
                                                          United States Magistrate Judge