1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
      Telephone: (415) 436-6838
7     Facsimile:  (415) 436-7234
      tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
14  UNITED STATES OF AMERICA,              )   No. CR 07-0560 JSW
                                           )
15          Plaintiff,                     )   STIPULATION AND [~~PROPOSED~~] ORDER
                                           )   EXCLUDING TIME
16      v.                                 )   18 U.S.C. §3161(h)(8)(A) & (B)
                                           )
17  VALERIAN DOBRE,                        )
                                           )   SAN FRANCISCO VENUE
18          Defendant.                     )
                                           )
19

20      With the agreement of the parties in open court on August 31, 2007, the Court enters this

21  order excluding time under the Speedy Trial Act from August 31, 2007, to October 11, 2007, the

22  next hearing date. The parties agree, and the Court finds and holds, as follows:

23      1. Mr. Dobre has been charged in a thirteen count indictment for Conspiracy, Bank Fraud,

24  Effecting Transactions with an Access Device and Aiding and Abetting, all in violation of 18 U.S.C.

25  § 371, 18 U.S.C. § 1344, 18 U.S.C. § 1029(a)(5) and 18 U.S.C. § 2.

26      2. On August 31, 2007 a Detention Hearing was conducted before the Honorable Judge

27  Spero. Pursuant to 18 U.S.C. § 3152 (e), Judge Spero ordered the defendant to be detained because

28  there is no condition or combination of conditions that will reasonably assure the appearance of the

STIPULATION AND [~~PROP~~.] ORDER
CR 07-0560 JSW

1  defendant. Judge Spero ordered the defendant detained based on the following reasons:

2        (I)    The defendant has no ties to the United States;
      (ii)   The defendant refused to provide Pre Trial Services with his home address
3               and he refused to give detailed financial information;
      (iii)  There was an ICE hold and the defendant's Business Visa has expired;
4        (iv)  The defendant was arrested with multiple fraudulent access devices and a
             large amount of cash in his possession, and
5        (v)   The defendant lied to ICE Agents on multiple occasions regarding his
             occupation upon entry into the United States.

7  3. As the Government advised the Court, the continuance is necessary for effective

8  preparation of counsel, because the government will be providing discovery and the parties may be

9  negotiating a settlement. Therefore, the continuance is necessary to review the evidence and

10 evaluate the case. In addition, defense counsel travels from Los Angeles to San Francisco for court

11 appearances.

12 4. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance

13 would unreasonable deny counsel for the defense the reasonable time necessary for effective

14 preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

15 Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period

16 from July 31, 2007, to September 11, 2007, outweigh the best interest of the public and the defendant

17 in a speedy trial. See 18 U.S.C. § 3161(h)(A).

18 5. Accordingly, the Court sets a new hearing date on October 11, 2007, and

19 orders that the period from August 31, 2007, to October 11, 2007, be excluded from Speedy Trial

20 Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

21 **IT IS SO STIPULATED**.

23 DATED: August 31, 2007                          _____/s/_____
                                                    TAMARA WEBER
                                                    Special Assistant United States Attorney

26 DATED: August 31, 2007                          _____/s/_____
                                                    J.T. Fox
                                                    Attorney for Defendant Valerian Dobre

STIPULATION AND [P̶R̶O̶P̶.] ORDER
CR 07-0560 JSW                      2

1  **IT IS SO ORDERED**.  The parties shall appear on October 11, 2007 at 2:30 p.m.  The time from
2  August 31, 2007  to October 11, 2007 shall be excluded from Speedy Trial Act calculations under
3  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest
4  of the public and the Defendant in a speedy trial.

5
6  DATED:  Sept. 4, 2007
                                                    _____
7                                                   THE HONORABLE JOSEPH C. SPERO
                                                    United States Magistrate Judge

STIPULATION AND [~~PROP.~~] ORDER
CR 07-0560 JSW                                3