1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHRISTINA HUA (CABN 185358)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7534
7      Facsimile: (415) 436-7234
       Email: tina.hua@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                      SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,     )   No. CR 07-0560 JSW
                                 )
15      Plaintiff,                )
                                 )
16   v.                           )   **NOTICE OF ADDITION OF COUNSEL**
                                 )
17 VALERIAN DOBRE; and COSTEL     )
   FARMAZON,                     )
18                                )
        Defendants.               )
19 _____)

20

21     The United States Attorney's Office hereby files this Notice of Addition of Counsel to

22 advise the court that Assistant United States Attorney ("AUSA") Christina Hua is also assigned

23 to this case. Accordingly, please have future ECF notices sent to AUSA Christina Hua at the

24 email address of tina.hua@usdoj.gov. SAUSA Tamara Weber should remain on the list of

25 //

26 //

27 //

28
   NOTICE OF ADDITION OF COUNSEL
   [CR 07-0560] [JSW]

1  persons to be noticed.
2
3  DATED: September 6, 2007          Respectfully submitted,
4                                    SCOTT N. SCHOOLS
                                     United States Attorney
5
6
                                       /S/ Christina Hua
7                                    CHRISTINA HUA
                                     Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF ADDITION OF COUNSEL
[CR 07-0560] [JSW]