UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: October 11, 2007

Case No. CR- 07-560 - 01 JSW              Judge: Jeffrey S. White

**United States of America   v.  Valerian Dobre**
                                          Defendant
                                          Present (X) Not Present ( ) In-Custody (X)

| Tamara Weber / Tina Hua | J. T. Fox |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini        Court Reporter: Catherine Edwards
                                           Spanish Interpreter: Melinda Basker

## PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   The Spanish interpreter is sworn.  Discovery has been exchanged.  A tentative disposition has been reached. The Government informed the Court that a potential Quintero issue will have to be ruled upon before a change of plea at the next calling of the case.  The Court reminded the Government of their requirements regarding the "justice for all" act.

Case Continued to 11-8-07 at 2:30 p.m. for Quintero Hearing / Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**