SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney
CHRISTINA HUA (CSBN 185358)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7534
   Facsimile:  (415) 436-7234
   Tina.hua@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0560 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND TO CONTINUE HEARING DATE |
| VALERIAN DOBRE, | |
| Defendant. | SAN FRANCISCO VENUE |

The parties in the above-titled case, including the defendant, request and agree that the hearing date currently scheduled for November 8, 2007 be continued to November 29, 2007 at 2:30 p.m. for a Quintero Hearing and a Change of Plea Hearing. The parties are also available for a hearing in December, if the Court is unavailable on November 29, 2007. The parties, including the defendant, also agree that time should be excluded under the Speedy Trial Act from November 8, 2007 to November 29, 2007, or until the next hearing date to be determined by the Court. The parties agree, and the Court finds and holds, as follows:

    1. Mr. Dobre has been charged in a thirteen count indictment for Conspiracy, Bank Fraud,

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW

Effecting Transactions with an Access Device and Aiding and Abetting, all in violation of 18 U.S.C. § 371, 18 U.S.C. § 1344, 18 U.S.C. § 1029(a)(5) and 18 U.S.C. § 2.

2. The defendant's initial appearance on the indictment was held on August 31, 2007. Also on this date, a detention hearing was conducted before the Honorable Judge Joseph Spero. Judge Spero ordered the defendant to be detained before trial for the following reasons:

(I)    The defendant has no ties to the United States;
(ii)   The defendant refused to provide Pre Trial Services with his home address in Spain and he refused to give detailed financial information;
(iii)  There was an ICE hold and the defendant's Business Visa has expired;
(iv)   The defendant was arrested with multiple fraudulent access devices and a large amount of cash in his possession, and
(v)    The defendant lied to ICE Agents on multiple occasions regarding his occupation upon entry into the United States.

3. On October 11, 2007 a Trial Setting Hearing was held before the Honorable Jeffrey S. White. The case was continued to November 8, 2007 for a Quintero Hearing and a Change of Plea Hearing.

4. The requested continuance from November 8, 2007 to November 29, 2007 is necessary for the defense attorney to review the evidence, conduct additional legal research, and evaluate the case. In addition, defense counsel travels from Los Angeles to San Francisco to appear at court appearances and to meet with his client, and needs this additional time to confer with his client in San Francisco with a Spanish interpreter.

5. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period from November 8, 2007 to November 29, 2007, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

6. Accordingly, the Court sets a new hearing date on November 29, 2007, and orders that the

//

//

//

//

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW                                2

period from November 8, 2007, to November 29, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED: October 31, 2007                         /S/ Christina Hua
                                                CHRISTINA HUA
                                                Assistant United States Attorney


DATED: October 31, 2007                         /S/ J.T. Fox
                                                J.T. FOX
                                                Attorney for Defendant Valerian Dobre


   **IT IS SO ORDERED**.  The time from November 8, 2007 to November 29, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.  The parties shall appear on November 29, 2007 at 2:30 p.m. for a Quintero Hearing and a Change of Plea Hearing.


DATED:_____         _____
                                      JEFFREY S. WHITE
                                      United States District Judge

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW                          3