1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  TAMARA WEBER (ILSBN 6270925)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, CA 94102
      Telephone: (415) 436-6838
7     Facsimile:  (415) 436-7234
      tamara.weber@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            )   No.  CR 07-0560 JSW
14                                      )
       Plaintiff,                       )   STIPULATION AND [PROPOSED] ORDER
15                                      )   TO EXCLUDE TIME AND TO CONTINUE
       v.                               )   HEARING DATE
16                                      )
   VALERIAN DOBRE,                      )
17                                      )
       Defendant.                       )   SAN FRANCISCO VENUE
18                                      )

19

20      The parties in the above-title case, including the defendant, request and agree that the hearing

21  date scheduled for December 6, 2007 be continued to December 20, 2007 at 2:30 p.m. for a Quintero

22  Hearing and a Change of Plea Hearing.  The parties, including the defendant, also agree that time

23  should be excluded under the Speedy Trial Act from December 6, 2007 to December 20, 2007, or

24  until the next hearing date to be determined by the Court.  The parties agree and the Court finds and

25  holds, as follows:

26      1. Mr. Dobre has been charged in a thirteen count indictment for Conspiracy, Bank Fraud,

27  Effecting Transactions with an Access Device and Aiding and Abetting, all in violation of 18 U.S.C.

28  § 371, 18 U.S.C. § 1344, 18 U.S.C. § 1029(a)(5) and 18 U.S.C. § 2.

   STIPULATION AND [PROP.] ORDER
   CR 07-0560 JSW

1       2. The defendant's initial appearance on the indictment was held on August 31, 2007. Also on this date, a detention hearing was conducted before the Honorable Judge Joseph Spero. Judge Spero ordered the defendant to be detained before trial for the following reasons:

       (I)      The defendant has no ties to the United States;
       (ii)     The defendant refused to provide Pre Trial Services with his home address in Spain and he refused to give detailed financial information;
       (iii)    There was an ICE hold and the defendant's Business Visa has expired;
       (iv)    The defendant was arrested with multiple fraudulent access devices and a large amount of cash in his possession, and
       (v)     The defendant lied to ICE Agents on multiple occasions regarding his occupation upon entry into the United States.

3. On October 11, 2007 a Trial Setting Hearing was held before the Honorable Jeffrey S. White . The case was continued to November 8, 2007 for a Quintero Hearing and a Change of Plea Hearing.

4. On November 2, 2007, a Stipulation Order to Exclude Time and to Continue Hearing Date was entered continuing the case from November 8, 2007 to December 6, 2007 due to the fact that defense counsel needed additional time to confer with his client in San Francisco with a Spanish interpreter.

5. The requested continuance from December 6, 2007 to December 20, 2007 is necessary for the defense attorney to again confer with his client in San Francisco with a Spanish interpreter. Since the last court date of October 11, 2007, defense counsel has flown from Los Angeles to San Francisco to confer with his client who is in custody. The last meeting with his client was on November 13, 2007 with a Spanish interpreter present. After the meeting with his client, defense counsel consulted with the United States Attorney's Office. Defense counsel needs additional time to again travel from Los Angeles to San Francisco to confer with his client with a Spanish interpreter present. Due to his client being in custody, defense counsel has had difficulty arranging meetings with is client due to his client's limited telephone access.

6. Thus, the parties agree, and the Court finds and holds, that failure to grant a continuance would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Finally, the parties agree, and the Court finds, that the ends of justice served by excluding the period

from December 6, 2007 to December 20, 2007, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A).

6. Accordingly, the Court sets a new hearing date on December 20, 2007, and orders that the period from December 6, 2007, to December 20, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**IT IS SO STIPULATED**.

DATED: _____   /S/ Tamara Weber
TAMARA WEBER
Special Assistant United States Attorney

DATED: _____   /S/ J.T. Fox
J.T. Fox
Attorney for Defendant Valerian Dobre

**IT IS SO ORDERED**. The time from December 6, 2007 to December 20, 2007 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. The parties shall appear on December 20, 2007 at 2:30 p.m. for a Quintero Hearing and a Change of Plea Hearing.

DATED: December 3, 2007

JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW

3