UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: December 20, 2007

Case No.  CR- 07-560 - 01  JSW                 Judge:  Jeffrey S. White

**United States of America   v.  Valerian Dobre**
                        Defendant
                        Present (X) Not Present (  ) In-Custody (X)

| | |
|---|---|
| Tamara Weber / Tina Hua<br>U.S. Attorney | J. T. Fox<br>Defense Counsel |
| Deputy Clerk: Jennifer Ottolini | Court Reporter: Sylvia Russo<br>Spanish Interpreter: Melinda Basker |

## PROCEEDINGS

**REASON FOR HEARING:** Quintero Hearing / Trial Setting

**RESULT OF HEARING:**   In-camera (under seal) hearing held.
The Government withdrew its request for a Quintero hearing.

The Court instructed the U. S. Marshal Service to look into the defendant's medical needs.

Case Continued to 1-24-08 at 2:30 p.m. for Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**