BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defenders
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant VALERIAN DOBRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00560 JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION CONTINUING HEARING DATE FROM FEBRUARY 28, 2008 TO MARCH 27, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION UNDER 18 U.S.C. § 3161(h)(8)(A) |
| VALERIAN DOBRE, | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. The parties in this matter are currently scheduled to appear before the Court for status/change of plea on February 28, 2008 at 2:30 p.m.

2. Undersigned counsel for Mr. Dobre was appointed pursuant to a substitution of counsel on January 28, 2008. While counsel has worked diligently in investigating the case since that day, the parties agree that an additional month of investigation is warranted due to the complexity of the matter and the need to arrange an interpreter for effective communication with Mr. Dobre.

//

United States v. Valerian Dobre 07-00560 JSW
Stipulation and Order Continuing Status Hearing

1

3. The parties thus request that the matter be continued by four weeks from February 28, 2008 to March 27, 2008 at 2:30 p.m. Additionally, the parties agree that an exclusion of time from February 28, 2008 to March 28, 2008 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A). The parties agree that the fact-intensive nature of this case and the need for an interpreter to effectuate attorney-client communications with Mr. Dobre justifies additional time for effective preparation on the part of defense counsel.

IT IS SO STIPULATED.

DATED: February 27, 2008                     _____/s/_____
                                             CHRISTINA HUA
                                             Assistant United States Attorney


DATED: February 27, 2008                     _____/s/_____
                                             ERIC MATTHEW HAIRSTON
                                             Attorney for Defendant


**[PROPOSED] ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) continuing the next appearance before this Court from February 28, 2008 to March 27, 2008; and (2) excluding time from February 28, 2008 to March 27, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED:_____                  _____
                                             THE HON. JOSEPH S. WHITE
                                             United States District Judge

United States v. Valerian Dobre  07-00560 JSW
Stipulation and Order Continuing Status Hearing

2