# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** March 27, 2008

**Case No.** CR- 07-560 - 01 JSW                **Judge:** Jeffrey S. White

**United States of America   v.  Valerian Dobre**
                       Defendant
                       Present (X) Not Present ( ) In-Custody (X)

| Tamara Weber | Eric Hairston |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini        **Court Reporter:** Kathy Powell
                                           **Spanish Interpreter:** Melinda Basker

### PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**    Counsel shall file a status report by 4-21-08.

Case Continued to 4-24-08 at 2:30 p.m. for Further Status / Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**