1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-7534
7     Facsimile:  (415) 436-7234
      Tina.hua@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0560 JSW |
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| VALERIAN DOBRE, | ) | SAN FRANCISCO VENUE |
|     Defendant. | ) | |

    The parties in the above-titled case, including the defendant, appeared before the Court for a status hearing on March 27, 2008. At the hearing, the parties requested that the hearing be continued to April 24, 2008 at 2:30 p.m. for a status hearing. The parties, including the defendant, also agreed that time should be excluded under the Speedy Trial Act from March 27, 2008 to April 24, 2008 under 18 U.S.C. § 3161(h)(8)(A)(and (B)(i) and( iv). The requested continuance from March 27, 2008 to April 24, 2008  is necessary as defense counsel needs additional time to prepare and investigate the case, and speak with the defendant, taking into account that the defendant is incarcerated and requires the assistance of a Spanish interpreter. The continuance is also necessary for all the reasons given in open court. Thus, the parties agreed, and the Court found, that failure to grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW

for effective preparation, taking into account the exercise of due diligence, and failure to grant such a continuance would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(i) and (iv). Finally, the parties agreed, and the Court found, that the ends of justice served by excluding the period from March 27, 2008 to April 24, 2008, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A). Accordingly, the Court set a new hearing date on April 24, 2008 and ordered that the period from March 27, 2008 to April 24, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) a nd (iv).

**IT IS SO STIPULATED**.

DATED: April 1, 2008         _____/s/_____
                             CHRISTINA HUA
                             Assistant United States Attorney

DATED: April 1, 2008         _____/s/_____
                             ERIC MATTHEW HAIRSTON
                             Attorney for Defendant Valerian Dobre

**IT IS SO ORDERED**. For all the reasons set forth above and in open court, the time from March 27, 2008 to April 24, 2008 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) and (iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED:_____         _____
                                 JEFFREY S. WHITE
                                 United States District Judge