1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   CHRISTINA HUA (CSBN 185358)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, CA 94102
        Telephone: (415) 436-7534
7       Facsimile:  (415) 436-7234
        Tina.hua@usdoj.gov
8
    Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,        )    No.  CR 07-0560 JSW
14                                    )
            Plaintiff,                )
15                                    )    STIPULATION AND [PROPOSED] ORDER
        v.                            )    TO EXCLUDE TIME
16                                    )
    VALERIAN DOBRE,                   )    SAN FRANCISCO VENUE
17                                    )
            Defendant.                )
18  _____ )

19
            The parties in the above-titled case, including the defendant, appeared before the Court for
20
    a status hearing on March 27, 2008.  At the hearing, the parties requested that the hearing be
21
    continued to April 24, 2008 at 2:30 p.m. for a status hearing.  The parties, including the defendant,
22
    also agreed that time should be excluded under the Speedy Trial Act from March 27, 2008 to April
23
    24, 2008 under 18 U.S.C. § 3161(h)(8)(A)(and (B)(i) and( iv).  The requested continuance from
24
    March 27, 2008 to April 24, 2008  is necessary as defense counsel needs additional time to prepare
25
    and investigate the case, and speak with the defendant, taking into account that the defendant is
26
    incarcerated and requires the assistance of a Spanish interpreter.  The continuance is also necessary
27
    for all the reasons given in open court.  Thus, the parties agreed, and the Court found, that failure to
28
    grant a continuance would unreasonable deny counsel for the defense the reasonable time necessary
    STIPULATION AND [PROP.] ORDER
    CR 07-0560 JSW

for effective preparation, taking into account the exercise of due diligence, and failure to grant such a continuance would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(B)(i) and (iv). Finally, the parties agreed, and the Court found, that the ends of justice served by excluding the period from March 27, 2008 to April 24, 2008, outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(A). Accordingly, the Court set a new hearing date on April 24, 2008 and ordered that the period from March 27, 2008 to April 24, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) a nd (iv). **IT IS SO STIPULATED**.


DATED: April 1, 2008                    _____/s/_____
                                        CHRISTINA HUA
                                        Assistant United States Attorney


DATED: April 1, 2008                    _____/s/_____
                                        ERIC MATTHEW HAIRSTON
                                        Attorney for Defendant Valerian Dobre



   **IT IS SO ORDERED**.  For all the reasons set forth above and in open court, the time from March 27, 2008 to April 24, 2008 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) and (iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.


DATED: April 2, 2008          _____
                              JEFFREY S. WHITE
                              United States District Judge

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW                    2