1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-7534
7     Facsimile:  (415) 436-7234
      Tina.hua@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No.  CR 07-0560 JSW
14                                  )
          Plaintiff,                )
15                                  )   STIPULATION AND [PROPOSED] ORDER
      v.                            )   TO CONTINUE HEARING DATE AND
16                                  )   EXCLUDE TIME
   VALERIAN DOBRE,                  )
17                                  )   SAN FRANCISCO VENUE
          Defendant.                )
18 _____)

19
       The parties in the above-titled case, including the defendant, are scheduled to appear before
20
   the Court for a status hearing on April 24, 2008 at 2:30 p.m.  The parties, including the defendant,
21
   now agree and request that the hearing date be continued to May 22, 2008 at 2:30 p.m. for change
22
   of plea.  The parties also agree and request that time be excluded under the Speedy Trial Act from
23
   April 24, 2008 to May 22, 2008 under 18 U.S.C. § 3161(h)(8)(A)(and (B)(i) and( iv).  The requested
24
   continuance from April 24, 2008 to May 22, 2008 is necessary as defense counsel needs additional
25
   time to investigate the loss amount, and speak with the defendant, taking into account that the
26
   defendant is incarcerated and requires the assistance of a Spanish interpreter.  While the defendant
27
   wishes to enter his guilty plea on May 22, 2008, he is uncertain whether he will enter an open plea
28
   or a plea pursuant to a plea agreement.  The time is necessary for the defendant to research the loss

STIPULATION AND [PROP.] ORDER
CR 07-0560 JSW

1  amount as well as other factors, in order to determine whether it is in his best interest to enter into
2  a plea agreement or enter an open plea.  Furthermore, government counsel will be on vacation and
3  otherwise unavailable to appear in Court or work on the case from May 7, 2008 to May 14, 2008.
4  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Thus, the parties agree that the failure to grant a continuance
5  would unreasonable deny counsel for the defense and government the reasonable time necessary for
6  effective preparation, taking into account the exercise of due diligence, and failure to grant such a
7  continuance would result in a miscarriage of justice.  See 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).
8  Finally, the parties agree that the ends of justice served by excluding the period from April 24, 2008
9  to May 22, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  See 18
10 U.S.C. § 3161(h)(A).  **IT IS SO STIPULATED**.

DATED: April 21, 2008                               _____/s/_____
                                                    CHRISTINA HUA
                                                    Assistant United States Attorney

DATED: April 21, 2008                               _____/s/_____
                                                    ERIC MATTHEW HAIRSTON
                                                    Attorney for Defendant Valerian Dobre


**IT IS SO ORDERED**.  For all the reasons set forth above and in the government's letter dated April 21, 2008, the time from April 24, 2008 to May 22, 2008 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(i) and (iv), as the ends of justice outweigh the interest of the public and the Defendant in a speedy trial.

DATED: April 22, 2008                               _____
                                                    JEFFREY S. WHITE
                                                    United States District Judge

STIPULATION AND [~~PROP~~.] ORDER
CR 07-0560 JSW                                      2