IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 07-00560 JSW |
| v. | **SEALING ORDER** |
| VALERIAN DOBRE, | |
|     Defendant. | |

On April 21, 2008, pursuant to this Court's request, the Government submitted a status report to the Court, via letter brief. The Court HEREBY ORDERS the letter brief dated April 21, 2008, to be FILED UNDER SEAL.

**IT IS SO ORDERED.**

Dated: April 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE