AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |

**OFFENSE CHARGED**

VIOLATIONS: 18 U.S.C. § 1344(1) and (2) – Bank Fraud; 18 U.S.C. § 1028A - Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts one and two: 18 U.S.C. 1344(1) and (2), Bank Fraud:
30 years in prison; $1 million fine; 5 years supervised release
$100 special assessment
Count Three: 18 U.S.C. 1028A
2 years in prison consecutive sentence

**DEFENDANT - U.S**

▶ VALERIAN DOBRE

DISTRICT COURT NUMBER
No. CR 07-0560 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Christina J. Hua, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney

FILED
08 MAY 28 AM 11: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> VALERIAN DOBRE, ) <br> Defendant. ) | No. CR 07-0560 JSW <br><br> VIOLATIONS: 18 U.S.C. § 1344(1) and (2) – Bank Fraud; 18 U.S.C. § 1028A - Aggravated Identity Theft; 18 U.S.C. § 2 - Aiding and Abetting <br><br> SAN FRANCISCO VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### Introductory Allegations

At all times relevant to this Superseding Information:

1. Citibank was a "financial institution" within the meaning of 18 U.S.C. §20(1), the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. Citibank bank account numbers, automated teller machine ("ATM") numbers, and personal identification numbers ("PINs") are "access devices" within the meaning of 18 U.S.C. § 1029(e)(1).

3. Citibank bank account numbers, ATM numbers, and PINs are "means of identification" within the meaning of 18 U.S.C. § 1028(d)(7)(D).

4.    Bank Fraud, in violation of 18 U.S.C. §1344(1) and (2), is a felony violation enumerated in 18 U.S.C. 1028A(c)(5).

<u>COUNTS ONE AND TWO</u>: (18 U.S.C. §§ 1344(1) and (2) and 18 U.S.C. §2 - Bank Fraud and Aiding and Abetting)

<u>The Scheme to Defraud</u>

5.    Between on or about a date unknown, but no later than May 2007, through on or about July 28, 2007, the defendant VALERIAN DOBRE did knowingly execute a material scheme and artifice to defraud a financial institution and to obtain monies and funds owned by and under the custody and control of a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations, and promises were materially false when made.

6.    From on or about a date unknown, but no later than July 27, 2007, through on or about July 28, 2007, DOBRE and others obtained Citibank ATM card numbers, account numbers, and PINs without authorization.

7.    From on or about a date unknown, but no later than July 27, 2007, through on or about July 28, 2007, DOBRE and others obtained money under the custody and control of Citibank, under the fraudulent pretenses of being authorized to use these ATM card numbers and PINs belonging to other persons, knowing that such access devices belonged to other persons and that such use was not authorized.

8.    On or about the following dates, in the Northern District of California and elsewhere, for the purpose of knowingly executing and attempting to execute a material scheme and artifice to defraud a financial institution, and for the purpose of obtaining moneys and funds owned by and under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations and promises, well knowing that the pretenses, representations and promises were materially false when made, the defendant

VALERIAN DOBRE

did knowingly make and cause to be made the following unauthorized ATM cash withdrawals from Citibank:

SUPERSEDING INFORMATION    -2-

| Count | Date | Withdrawal Amount | Last 5 Digits Card Number | Citibank ATM Machine Branch | Person |
|---|---|---|---|---|---|
| 1 | 7/27/07 | $4,000 | 67049 | FC 948, 2499 Ocean Avenue, San Francisco, California | Dobre |
| 2 | 7/28/07 | $2,000 | 01652 | FC 904, 99 Post Street, San Francisco, California | Dobre |

All in violation of Title 18, United States Code, Sections 1344(1) and (2) and 2.

COUNT THREE: (18 U.S.C. § 1028A- Aggravated Identity Theft)

9.  The allegations contained in Paragraphs 1-8 of this Superseding Information are realleged as though fully set forth herein.

10. On or about July 27, 2007, during and in relation to committing the bank fraud violation as set forth in Count 1 of the Superseding Information, the defendant

VALERIAN DOBRE

did knowingly possess and use without lawful authority, a means of identification of another person, to wit: the Citibank bank account number, ATM number, and PIN associated with a Citibank ATM card, the last five digits of which were 67049.

DATED: 5-20-08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
AUSA HUA

SUPERSEDING INFORMATION                    -3-