AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

FILED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Valeria Dobre

## WAIVER OF INDICTMENT

CASE NUMBER: 07-0560 JSW

I, __Valarian Dobre__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/29/2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer