# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: May 29, 2008

Case No. CR- 07-560 - 01  JSW          Judge: Jeffrey S. White

**United States of America  v. Valerian Dobre**
                              Defendant
                              Present (X) Not Present ( ) In-Custody (X)

Tina Hua                                        Eric Hairston
U.S. Attorney                                   Defense Counsel

Deputy Clerk: Jennifer Ottolini            Court Reporter: Lydia Zinn
                                           Spanish Interpreter:  Melinda Basker

### PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Counts one, two and three
of the Superseding Information in violation of 18 USC §§
1344(1) and (2) and 2 and 18 USC § 1028 A.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea
agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for
the preparation of a pre-sentence report.

The Defendant remains in U. S. Marshal custody.

**Case Continued to 8-21-08 at 2:30 p.m. for Judgment and Sentencing**

E-Filing