BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Dobre

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00560 JSW |
|---|---|
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER TO FILE UNDER SEAL |
| v. | ) |
| VALERIAN DOBRE, | ) |
| Defendant | ) |

    For good cause shown, defendant Valerian Dobre's Sentencing Memorandum shall be filed under seal.

Dated: _____

                                             The Honorable Jeffrey S. White
                                             United States District Court Judge