BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Dobre

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00560 JSW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO FILE UNDER SEAL |
| VALERIAN DOBRE, | |
| Defendant | |

    For good cause shown, defendant Valerian Dobre's Sentencing Memorandum shall be filed under seal.

Dated: August 18, 2008

_____
The Honorable Jeffrey S. White
United States District Court Judge

ORDER TO FILE UNDER SEAL    1