

## CRIMINAL MINUTE ORDER

**Date:  August 21, 2008**

**Case No.  CR- 07-560 - 01  JSW**          **Judge:  Jeffrey S. White**

**United States of America   v.  Valerian Dobre**
                                   **Defendant**
                                   **Present (X) Not Present ( ) In-Custody (X)**

**Christina Hua**                            **Eric Hairston**
**U.S. Attorney**                            **Defense Counsel**

**Deputy Clerk: Jennifer Ottolini**          **Court Reporter: Debra Pas**
                                             **Spanish Interpreter: Carol Rhine-Medina**

## PROCEEDINGS

**REASON FOR HEARING: Judgment and Sentencing**

**RESULT OF HEARING:**
**The defendant is committed to the Bureau of Prisons (BOP) for a term of 65 months as follows:**
> **41 months on each of counts one and two, to be served concurrently and 24 months on count three, to be served consecutively to the sentence imposed on counts one and two.**

**Followed by 5 years supervised release as follows:**
> **5 years supervised release each of counts one and two, and 3 years of supervised release on count three, all counts to run concurrently.**

**Obey all laws and the standard conditions of release and the following additional conditions:**
**1. Pay any restitution and special assessment imposed;**
**2.   Comply with the regulations of the Bureau of Immigration and Customs Enforcement, and if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security;**
**3. Participate in a program of testing and substance abuse assessment, and if necessary treatment for drug and/or alcohol abuse as directed by the probation officer;**
**4. Provide the probation officer with access to any financial information, including tax returns and shall authorize the probation officer to conduct credit checks and to obtain copies of income tax returns;**
**5. Not open any new lines of credit or incur new debt without the prior permission of the probation officer;**
**6. Not maintain a position of fiduciary capacity without the prior permission of the probation officer;**
**7. Submit to search and seizure;**
**8. Not possess any false identification and provide true identity at all times;**

**United States of America v. Valerian Dobre**

**9. Not own or possess any firearms, ammunition, destructive devices or other dangerous weapons;**

**10. Cooperate in the collection of DNA as directed by the probation officer;**

**Pay a special assessment of $300, which shall be due immediately.**

**Pay Restitution totaling $227,280.00 (less any amount already recovered by Citibank).**

**Fine waived.**

**All remaining counts and original indictment as to Valerian Dobre are dismissed upon motion of the Government.**